

# IN THE
# TENTH COURT OF APPEALS

### No. 10-22-00333-CV

**QUEEN'PRINYAH GODIAH NMIAA PAYNE'S EL-BEY,**

                              **Appellant**

 **v.**

**CROCILLA LEYLAND, CONA MICHEL, PORTER, VOLLAS,
WARD, METROPOLITAN AUTHORITY POLICY BENEVOLENT
ASSOCIATION & POLICE BENEVOLENT ASSOCIATION,
METROPOLITAN TRANSPORTATION AUTHORITY,
MTA, MTA 34 PRECINCT AT PENN STATION,
THE CITY OF NEW YORK,
NY STATE BELLEVUE HOSPITAL &
BELLEVUE HOSPITAL STAFF,**

                              **Appellees**

---

### From the
### United States District Court,
### Southern District of New York
### New York, New York
### Trial Court No. 20-CV-524-MKV

---

## MEMORANDUM OPINION

---

Queen'Prinyah Godiah NMIAA Payne's El-Bey attempts to appeal a letter from a

United States District Court.  By letter, the Clerk of this Court informed El-Bey that her

appeal was subject to dismissal because no final, appealable judgment or order has been signed by the trial court, *see* TEX. R. APP. P. 25.2(b); 26.2, and because this Court has no jurisdiction of an appeal from a Federal Court's order if one was signed. *See* TEX. CONST. art. V, § 6; TEX. GOV'T CODE § 22.201. In the same letter, the Clerk warned El-Bey that the appeal would be dismissed unless El-Bey responded showing grounds for continuing the appeal. El-Bey has not shown grounds for continuing the appeal.

Accordingly, this appeal is dismissed for want of jurisdiction.

TOM GRAY
Chief Justice

Before Chief Justice Gray,
    Justice Johnson, and
    Justice Smith
Appeal dismissed
Opinion delivered and filed November 2, 2022
[CV06]

